MAY BELDEN, Respondent, v. McCLELLAND BARCLAY, Appellant, and HELENE BARCLAY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SIMON BERNSTEIN, Appellant, v. GILBERT HOLDING CORPORATION and MEZICK HOMES AND DEVELOPMENT COMPANY, INC., Respondents, and GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., and Others, Defendants.— Judgment unanimously affirmed, with costs to the two defendants filing briefs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ISABELLE COCHRAN, Appellant, v. GLEN CHEMICAL CORPORATION, Respondent.— Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of LEE GOODMAN, Respondent, v. MARTIN SPECTOR, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

E. V. P. HOLDING CORPORATION, Respondent, v. WILLIAM B. EVANS, Appellant.*— Judgment and interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MEYER FELDMAN, Appellant, v. LOUIS ARNIOTES, Doing Business as EAGLE RESTAURANT AT HEMPSTEAD, NEW YORK, Defendant, and AUGUST HAUSSER, Respondent.— Order and judgment of the County Court of Nassau county reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The complaint states a cause of action. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JACOB J. GREENBAUM, Respondent, v. MARCUS MILLER and JEANNETTE MILLER, Defendants, and MAX DECKINGER and ESTELLE DECKINGER, Appellants.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.